**SO ORDERED.**

TIFFANY & BOSCO
P.A.

Dated: September 02, 2009



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-16451/0016266306

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Anthony L. Stallworth<br>    Debtors.<br>_____<br>Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2006-HE6<br>    Movant,<br>vs.<br><br>Anthony L. Stallworth, Debtors; Diane M. Mann, Trustee.<br><br>    Respondents. | No. 2:09-bk-12589-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 33)<br><br>RE: Real Property located at<br>2030 East Beautiful Lane<br>Phoenix, AZ 85042 |

    This matter having come before the Court for a Preliminary Hearing on August 27, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

    **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated March 6, 2006, and recorded on , in the office of the Maricopa County Recorder at  wherein Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2006-HE6 is the current beneficiary and Anthony L. Stallworth have an interest in, further described as:

LOT 115 , OF THE PINES AT SOUTH MOUNTAIN REPLAT, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 53 8 OF MAPS, PAGE 36.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective, October 27, 2009** in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT